# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| MARVIN RAGSDALE,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | Case No. 1:21-CV-01167-SH |
| JLM CONSTRUCTION SERVICES, INC.<br>and REAGAN RIDGE RV, LLC,<br>*Defendants* | §<br>§<br>§ | |

## ORDER

Now before the Court are Defendant Reagan Ridge RV, LLC's Motion for Continuance, filed January 24, 2023 (Dkt. 29), and Plaintiff's Unopposed Motion for Extension of Time to File Response to Motion for Continuance, filed February 7, 2023 (Dkt. 30).

Both motions are hereby **DENIED** for failure to comply with the Local Court Rules of the United States District Court for the Western District of Texas ("Local Rules"). Defendant's Motion for Continuance is denied for failure to confer and lack of a certificate of conference, as required by Local Rule CV-7(g). Plaintiff's Motion for Extension is denied as untimely pursuant to Local Rule CV-7(d)(2). Under that rule, Plaintiff's response to Defendant's case management motion was due January 31, 2023, not February 7, 2023, as Plaintiff contends.

The parties represent that they are now conferring and working toward an agreed proposed amended scheduling order. The Court commends them for doing so but admonishes counsel to comply with all Local Rules and confer before filing motions that may needlessly consume the Court's resources.

**SIGNED** on February 8, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE