UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARVIN RAGSDALE,<br>*Plaintiff* | § § § | |
| v. | § § | Case No. 1:21-CV-01167-SH |
| JLM CONSTRUCTION SERVICES, INC.<br>and REAGAN RIDGE RV, LLC,<br>*Defendants* | § § § § | |

## ORDER

Now before the Court is the parties' Joint Notice of Settlement and Motion to Dismiss Reagan Ridge RV, LLC's Crossclaims and Reagan Ridge RV, LLC as a Party with Prejudice, filed September 29, 2023 (Dkt. 47).

Plaintiff Marvin Ragsdale and Defendant Reagan Ridge RV, LLC have reached a settlement agreement resolving all Plaintiff's claims and Reagan Ridge's crossclaims against Defendant JLM Construction Services, Inc. in this suit. They seek an order dismissing Reagan Ridge as a party with prejudice and dismissing Regan Ridge's crossclaims.

Because the parties have presented good cause, the Joint Motion to Dismiss (Dkt. 47) is **HEREBY GRANTED**. The Court **HEREBY DISMISSES with prejudice**: Plaintiff's claims against Reagan Ridge RV, LLC; Reagan Ridge RV, LLC's crossclaims against Defendant JLM Construction Services, Inc.; and Reagan Ridge RV, LLC as a defendant.[1] The Court will enter a Final Judgment in a separate order.

**SIGNED** on October 9, 2023.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's claims against Defendant JLM Construction Services, Inc. remain pending.